## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 12/14/12**

In re:   Case No.:   12–30722 WIL    Chapter:   7

Aaron Herbert Kelly
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 30 – Verification of Creditor Matrix on behalf of Aaron Herbert Kelly Filed by Aaron Herbert Kelly . (Attachments: # (1) Amended Creditor Matrix) (Walston, Daniel)

PROBLEM: The pleading is not captioned and/or titled correctly. (Federal Bankruptcy Rule 7010 or 9004(b) or 4001–1(a)(1) or Local Bankruptcy Rule 9013–3(a).)

CURE: A pleading that is correctly captioned and/or titled must be filed by the cure date shown below.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice

**All deficiencies must be cured by 12/28/12.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/after–filing**

                                        Mark D. Sammons, Clerk of Court
                                        by Deputy Clerk, Daniel Walston  301–344–3496

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (01/06)