United States Bankruptcy Court
District of Maryland

In re:  
Aaron Herbert Kelly  
    Debtor

Case No. 12-30722-WIL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0416-0   User: dwalston   Page 1 of 2   Date Rcvd: Feb 27, 2013  
    Form ID: pdfparty   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2013.  
db     +Aaron Herbert Kelly,   10169 New Hampshire Ave,   #170,   Silver Spring, MD 20903-1713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
    +E-mail/Text: ustpregion04.gb.ecf@usdoj.gov Feb 27 2013 20:04:44   U.S. Trustee - Greenbelt,  
    6305 Ivy Lane Suite 600,   Greenbelt MD 20770-6305  
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2013**     **Signature:** _Joseph Speetjens_

```
District/off: 0416-0           User: dwalston              Page 2 of 2                    Date Rcvd: Feb 27, 2013
                               Form ID: pdfparty           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2013 at the address(es) listed below:
          Cheryl E. Rose    trusteerose@aol.com, crose@ecf.epiqsystems.com
          William R. Feldman    on behalf of Creditor   Educational Systems Federal Credit Union wrflaw@aol.com, acurtis@wfeldmanlaw.com

                                                                                                                                       TOTAL: 2

**SO ORDERED**



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  12–30722 – WIL    Chapter:  7

Aaron Herbert Kelly
10169 New Hampshire Ave
#170
Silver Spring, MD 20903

## ORDER DISSOLVING SHOW CAUSE ORDER

Upon consideration of the response filed by February 22, 2013 to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered February 19, 2013, is hereby DISSOLVED.

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE
      Chapter 7 Trustee – Cheryl E. Rose
      U.S. Trustee

## End of Order

39.14 – *sjames*