Entered: March 19, 2013
Signed:  March 19, 2013

**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.:  12–30722 – WIL    Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Aaron Herbert Kelly
*debtor has no known aliases*
10169 New Hampshire Ave
#170
Silver Spring, MD 20903

Social Security No.:   xxx–xx–8718

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 11/16/12.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Cheryl E. Rose is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** – *admin*

**End of Order**